# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARUNESH S. SACHANANDANI,<br><br>Defendant. | 4:23-po-5200-JTJ-1<br><br>**ORDER** |

Upon Defendant's Motion to Continue (Doc. 3) and with good cause shown, IT IS HEREBY ORDERED that the Initial Appearance in this matter is RESET for February 08, 2024 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana. The defendant may appear remotely.

DATED this 6th day of December, 2023.

John Johnston
United States Magistrate Judge