# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Karunesh S Sachanandani,<br><br>    Defendant. | 4:23-po-05200-JTJ<br><br>**ORDER** |

    Upon Defendant's Motion to Reset the Initial Appearance in this matte rand with good cause shown, IT IS HEREBY ORDERED that the Initial Appearance is RESET for April 25, 2024 at 9:00 a.m. at the Missouri River Federal Courthouse in Great Falls, Montana. The Defendant may appear remotely

    DATED this 5th day of April, 2024

_____
John Johnston
United States Magistrate Judge