# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARUNESH S. SACHANANDANI,<br><br>Defendant. | PO-23-5200-GF-JTJ<br><br>VIOLATION:<br>E1383368<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $42.50 fine and $30 processing fee for violation E1383368 (for a total of $72.50), and for good cause shown, **IT IS ORDERED** that the $72.50 fine paid by the defendant is accepted as a full adjudication of violation E1383368.

**IT IS FURTHER ORDERED** that the bench warrant ordered issued on April 29, 2024, is **QUASHED.**

DATED this 7th day of June, 2024.

_____
John Johnston
United States Magistrate Judge